GREATER MICHIGAN HOMES, Inc., Appellant, v. A. H. MOORMAN, Trustees, Appellee.

SAME v. FILDEW & DE GREE, Appellee.

No. 9521.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1943.

Appeal from the District Court of the United States for the Eastern District of Michigan; Ernest A. O'Brien, Judge.

Frazer & Popkin, of Detroit, Mich., for appellant.

Fildew & DeGree, of Detroit, Mich., for appellees.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having been heard and considered upon the record, briefs and oral argument, and no prejudicial erroneous action of the District Court appearing, and it being manifest that the Court's findings as set forth in the order of dismissal of the petition of the debtor for corporate reor-

ganization and the adjudication of the debtor as a bankrupt were fully justified, the order of the District Court entered October 19, 1942, from which appeal was taken, is affirmed.